IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.

93–2247. State v. Williamson. *Stark County,* No. CA–9068. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Stark County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file memorandum in support of jurisdiction was granted by this court on November 10, 1993 and memorandum in support of jurisdiction was due December 13, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.

93–2258. State v. Cannon. *Summit County,* No. 16078. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County. Appellant's request for extension of time to file memorandum in support of jurisdiction was granted by this court on November 15, 1993 and memorandum in support of jurisdiction was due December 13, 1993. Appellant's second request for extension of time to file memorandum in support of jurisdiction was denied by this court on December 15, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.

93–2372. Route 20 Bowling Alley, Inc. v. Mentor. *Lake County,* No. 93–L–10. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Lake County to certify its record and as a claimed appeal as of right from said court. Appellees/cross-appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on December 8, 1993. It appears from the records of this court that appellees/cross-appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of Route 20 Bowling Alley, Inc. be, and the same is hereby, dismissed *sua sponte.*

This cause shall remain pending in all other respects.

93–2456. Warner Cable Communications, Inc. v. Neusser. *Summit County,* No. 16106. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Summit County to certify its record. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on December 6, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.

93–2480. State v. McIntyre. *Summit County,* No. 16185. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County. Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on December 13, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.